We'll hear argument in our third case, Equity Investment Associates versus the United States. Counsel? Good afternoon, your honors. Jeffrey Luchtefeld, representing Appellate Equity Investment Associates, LLC. May it please the court. Equity is a people person. It is not a people person. It is a paper person. It is a North Carolina limited liability company authorized to act only through those with the authority to act on its behalf. Equity's sole manager is Southeast Property Acquisitions, another paper person. Southeast is managed by Inland Capital Management, yet another paper person. Inland Capital Management is managed by Mr. Jack Fisher. Mr. Fisher is a people person. Mr. Fisher is the only person authorized to act on behalf of equity. This distinction is important under the two controlling statutes. First, Section 7602D of the Tax Code prohibits the Internal Revenue Service. May a paper person be prosecuted by the United States? A paper person could be prosecuted by the United States. Section 7602D prohibits the issuance or enforcement of an Administrative Internal Revenue Service summons when a Department of Justice referral is in effect for that person. For a paper person such as equity, as it relates to criminal tax matters, Section 7343 of the Tax Code tells us that the term person includes a member or employee of a partnership who as such member or employee is under a duty to perform the act in which the violation occurs. Why aren't you using, I'm confused why you're using the definition in 7343 because it seems to me the default definition of person in Title 26 covers this and refers to taxable entities. It talks about individuals, trusts, estates, partnerships, associations, companies or corporations. Now why doesn't that govern Section 7602? Why do we have to import a criminal provision that is not referenced at all in 7602? Yes, Your Honor. Section 7602 specifically looks to criminal actions. It looks to a Department of Justice prosecution or referral. Let's back up a little bit. You need to be a little more precise. You're saying 7602, you're talking about a referral by the Department of Justice, right? Right. But the 7602 does not tell you to look to 7343 for the definition of person. There's nothing in that section that makes that link. You're just asking us to make that link because you think a referral was made. Isn't that it? Your Honor, I think the code accepts or at 7343 when looking for a referral of a partnership for a federal tax credit. But in fact, doesn't 7343 tell us not to do that? It says this defines the word person as used in this chapter and 7343 is in a chapter 75 and 7602 is in chapter 78. So doesn't 7343 specifically in fact tell us not to use this definition for purposes of the chapter we're talking about here? Your Honor, I think you have to look to the conduct being referred to the Department of Justice. Well no, we have to look to whether this implicates 7602. That's the question, whether this implicates 7602. We have to look at what the statute says first of all before we examine the conduct. I think that's Judge Hyden's point and what the statute says that the criminal definition of person applies only to chapter 75 and 7602 is located in a completely different chapter. How do we do that? How do we cross-reference it the way you want us to? If we did not cross-reference this for a paper person such as equity, the Internal Revenue Service... The statute doesn't use the term paper person. I think, you know, with all due respect, I think that's maybe a little distracting because we've got to look at what the statute says, don't we? Yes, Your Honor. So for a partnership such as equity, the conduct, it can only act through those authorized to act on its behalf. When those who are acting on its behalf are referred to the Department of Justice for acts they took on behalf of that partnership. I think that is the distinction that 7343 gets us to, the last sentence. When the violation occurs as part of their duty to act on behalf of the partnership, that shows us that a referral is in place when that is the specific conduct being investigated and the Department of Justice. It seems to me, though, you've got to answer for us, Mr. Wachtefeld, why you aren't asking us to read additional language into the default definition. If we disagree with you and we say the definition of 7701, the default definition, applies for Title 26, then aren't you asking us to read into that definition an additional two words, an agent? You're asking us to include agents when the default definition only refers to taxable entities? Your Honor, I'm not asking you to read agents into the definition. I'm asking you to accept that a partnership can only act through those individuals authorized to act on its behalf. But you're not challenging, I mean, so I just go back to the language of 7602D1, right? So it seems to me that you're just, I mean, among other challenges with your position is you're ignoring the use of the word such at the very end of 7602D. It says no summons may be issued under this title with respect to any person. Now I agree this individual is clearly a person. If a Justice Department referral is in effect with respect to such person. So it strikes me that the second person in the sentence has to be the first person who's also referred to in the sentence. And I ask myself, is there a Department of Justice referral in effect with regard to such person? And the only way you can win is if you say the first person referenced in this sentence is the agent and the second person referenced is the company, right? Your Honor, I believe equity is both people in 7602D. But there is no Department of Justice referral in effect. I understand you may quarrel with the district court's factual finding here, but for purposes of that finding, we posit that there is no referral in effect with respect to equity. I posit that there is a Department of Justice referral. You argue, I guess, you argue with respect to equity, but posit for the sake of argument that there is not in fact. Well, when I say this to mean, I mean, there is no Department of Justice referral that literally names equity. Now you might say that naming the sole manager is the functional equivalent of naming equity, but that there is no piece of paper or whatever a Department of Justice referral looks like that says referral as to equity. And so if you posit that that's true, then it strikes me that the only way you can win this case is if the first person in that sentence can be equity and the second, sorry, it can be the manager, sorry. And the second person can be the company as in that the word person in the same sentence can be or two different legal persons, I guess is the way to say it. I think if we accepted the premise that that a Department of Justice referral is a piece of paper that says Department of Justice referral as to equity investments associates LLC. And if that is the standard, if we accept that, I would agree with that. I don't know that we're required to accept that, Your Honor. Okay, but aren't we losing or aren't you perhaps losing context the fact that we're talking about a summons? So it is the taxpayer who's being is the subject of the summons. And in this case, the bank was asked to provide the records, but the taxpayer is the subject of the summons and the taxpayer has to be the person then, does it not? Yes, Your Honor. And that not be equity. Your Honor, equity takes the position that equity is the person that was named in the summons and that a Department of Justice referral is in effect for right. But then such person has to be the same as person in the first sentence, does it not? It does, Your Honor. And we maybe I'm confused. How are you getting there? I don't I don't understand how you're Justice referral is in effect for that. That position is taken through reference to Section 73 43. Oh, I'm sorry. You're assuming there's a referral in effect. I see. Okay. Well, the summons doesn't make that assumption. The summons doesn't is not the evidence of the referral. Your Honor, the evidence of the referral is the grand jury subpoena that was issued to equities manager. So it sounds like then you're you're you're saying that this has to be examined in the context that it must have been a referral. I just I keep looking at the language of the statute 76 02 and I just don't see anything you're talking about regarding the referral. The refer the referral equity takes the position that except for except for the subsection D exception and there's no evidence that a referral isn't an effect is in effect in this case. Your Honor, equity takes the position that the evidence in the record, the grand jury subpoena that names equity seeking evidence of criminal tax matters that the search warrant executed at on on equities manager at equities offices seeking evidence of criminal tax matters, including for criminal tax violations under Chapter 75 of the code. Statute defines when a referral is in effect. 76 02 D tells us when a referral is in effect. When the secretary has recommended to the attorney general, a section blah blah for the disclosure of any return or return information. And which of those are you contending occurred here? We contend that there has been a grand jury referral of equity. And that are you? Are you contending that the secretary has recommended to the attorney general, a grand jury investigation of equity for any offense connected to the administration or enforcement of the eternal revenue loss? Yes, Your Honor. Okay, what's your basis? Our basis for that is the grand jury subpoena, which names equity. The search warrant that was executed in equities offices seeking evidence of tax crimes under Chapter 75 of the tax code. Um, equity takes the position that this was subsequently confirmed less than two weeks ago when equities manager was indicted for allegedly aiding and abetting or aiding and assisting equity and making a false or fraudulent tax return for its 2018 tax year. I think a big, big step back to the way you started. You started by telling me that there's a paper person who's managed by a paper person who's managed by a paper person who's managed by a real person who's, in fact, the only person who can do anything on behalf of any of these paper people. Now, it would seem like it would be a lot. I mean, it's a purely abstract matter. It'd be a lot simpler just for that person to do that thing on that person's behalf. So then it occurs to me that the only reason you would ever set something like this up is because you think there is some benefit from creating these artificial legal entities that are managed by artificial legal entities that are managed by artificial legal entities. And presumably, your client and these entities get some benefit from doing this. Otherwise, they wouldn't do it. But now that it turns out there's an investigation of the manager, and I suspect that in a wide variety of contexts, if someone was trying to disregard the corporate form and just say that at the end of the day, all these entities are just Mr. Fisher and Mr. Fisher is just these entities, that your clients in all sorts of contexts I can think of would vociferously reject any claim that Mr. Fisher is equity and equity is Mr. Fisher. But now when it turns out to be inconvenient to acknowledge the separate legal existence of Mr. Fisher and in contexts involving, I imagine, tax and liability and all. So could you address what strikes me as an apparent anomaly that at some level of generality, your client wants us to recognize its separate legal existence right up until the point that it's really inconvenient for it to recognize its separate legal existence? Yes, Your Honor, we're not asking this court to not recognize the separate legal existence of these entities. We're asking the court to recognize the criminal conduct that has been alleged through the only person that could commit that criminal conduct based on these documents. Well, he's no, wait, wait, he's not the only person who could commit it because you agreed to Judge Richardson that it would be possible to prosecute the paper entities. I agree that maybe he's the only existing human being that can perform the actions that would create criminal liability. But I think you've already conceded these legal entities can commit crimes also, right? These legal entities could be guilty of a crime, would have to be committed by an individual, not their operating agreement, if you would. But it's further important to note that the indictment of Mr. Fisher, what was for acts allegedly committed with respect to Equity's 2018 tax year, specifically count 46 of the indictment, charges him with aiding and assisting Equity in filing a false tax return. To prove that violation. Is it your position? And you can not answer this if you think it might implicate your client, I guess. But is it your position that operates that there is no other person who has ever taken an action on behalf of Equity? It is our position that Equity's sole, the sole person that can act on behalf of Equity pursuant to its operating agreements or these operating agreements is Mr. Fisher. So he is a it's a single member partnership. It is not a single member partnership, Your Honor. But he is the only person authorized. He's the only general partner as a manager of it. Yes, Your Thank you. You've got some time on reply. Thank you, Counselor. Happy to hear from you. Thank you, Your Honor. And may it please the court. My name is Kathleen Lyon and I represent the United States. Section 7602 D one of the code provides that the IRS cannot issue or seek to enforce a summons with respect to any person if there's a Justice Department referral in effect with respect to such person. In this case, the IRS issued a third party summons to Truist Bank seeking Equity's bank records in order to determine Equity's civil liabilities for 2018. Because Equity is the person with respect to which the summons was issued, the government therefore was required to and did confirm that there was no Justice Department referral in effect with respect to Equity. When the line given the in the letter you sent us last week, can we at least assume that there was a referral in effect with respect to Mr Fisher? Yes, I think you can. But it does not follow that a referral was in effect with. No, I understand that. What about inland capital or southeast property? Can we assume? Or is there any basis for us to assume whether there was a referral in effect with respect to either of them? I don't. I don't think that you can. Um, we can assume that there was for Mr Fisher, but you don't think there's a basis for us to assume with regard to the other inter the other two intermediaries between Mr Fisher and Equity? I don't think so. Not not on the basis of the evidence now. Um, the is that because there was a search warrant done at inland capital at it? Yeah, at its offices. And the reason we can't assume that there was a referral with respect to inland is that a referral with respect to Mr Fisher could have been used to get a search warrant of inland capitals offices. Well, in that Mr Fisher, um, apparently the department knew that Mr Fisher was connected to various entities and and therefore could go to the office to see what they have. That wasn't a trick question, right? I'm not. I'm sorry if it seemed like it was. It wasn't meant to be. I just thought the only way that that you might come to the conclusion that Judge Highton suggested is that there were criminal actions taken with respect to inland capital. And normally we would think that that would mean that there was a referral with respect to inland capital. But we need not think that here because of Mr Fisher's tie to capital. So a search warrant could have been done of inland capital without there being a referral done on inland capital. It's correct, correct. That's correct. And certainly, um, you know, inland, uh, inland capital and spa and equity are all separate, distinct persons under the code. And the referral here must go to the person with respect to which the summons was issued. And there is no dispute in this case that the summons here was issued with respect to equity. Equity is the any person with respect to which the summons was issued. Um, and therefore, um, it has to be the such person with respect to which the referral would have to apply in order to defeat the summons here. Because the subject of the summons and the subject of the referral, we think, based on the plain text, have to be the same person. Can you respond to what I took the secondary argument of your of your good friend to which is the the IRS agents affidavit says, I looked in my files, um, and those that I supervise, and there's no equity referral present. Um, and I take your your good friend to say, well, that doesn't mean there's not a referral for equity somewhere else, right? There's just not one in the Charlotte field office of the IRS. But maybe there's one in most realistically, the Atlanta field office. And so the I take their argument in part to be, um, maybe your your agents affidavit creates a prima facie case, but because it leaves open the possibility that there's a referral for equity in some other field office of the IRS, um, that that we need to dig behind the affidavit and, and call in, you know, whoever the director is and ask him to search all of his files. Um, I do understand that that's their position. I don't think it is. I don't think that's what's going on here. There's one case management system on the criminal side. It's called Sinus criminal investigation. So in fact, you can assume hypothetically that I might be familiar with that, but that's not in the record, right? Well, this is the problem. This is where I'm trying to get a little bit of the um, the record didn't tell us that, does it? Well, it doesn't specify that there's one. There's only one case management system. I don't know that I don't think that you can simply I think a reasonable interpretation of the declaration is that that this supervisory special agent was doing her job and looked at relevant files. I don't think you can assume that she was just looking randomly through some set of of relevant case files. Um, another thing that, uh, um, equity says with respect to the declaration is that the government was required to have the investigating agent confirm the existence of the referral or that there was no referral. Um, and they point to Clark for that. Clark does not require that the investigating agent do so. It says at page 2 50 that the government usually satisfies its prima facie case with an affidavit of the investigating officer or the investigating agent. And at page 2 54, it says that the government can satisfy, um, its prima facie burden, um, in that manner. But in this case where you have a civil agent doing a civil investigation, um, civil agents don't have personal knowledge of what's in the criminal side's files. And so the investigating agent here is the civil agent. And so what the government did was it went to CI side of IRS and said, please confirm this. Um, and if anything, I think that would give more confidence to the lack of a referral that if the revenue agent had attested to the fact that, well, I called CI and they said that there was no referral because that's that's pretty much all the revenue agent could attest to is that they have confirmed that there was no referral. They would have to do that by contacting the criminal side. What we did here was we went straight to the criminal side and said, please, you know, check this. Um, and ultimately, I think the ultimate question on the declaration is, did the district court clearly err in relying on it? I don't think there's enough here to say that, um, that the district court erred in that. I'm going back briefly to the text. Um, I just think it's important to case. It's not disputed that the summons was issued with respect to equity. There is also no dispute that equity is the taxpayer whose liabilities are at issue. And equity has, um, conceded on page 19 of the opening brief that the relevant person in 7602 D one is the person whose tax liabilities are at issue and that the partnership is the taxpayer here. And they correctly cite section 62 25 of the code. Um, I would also draw the attention to section section 62 32 of the code, which also says that partnership can be assessed and collected against. It is the taxpayer with respect to this exam. This may or may not be determinative, given the language, which I agree is quite good for you. But what do you say to what I understand to be the other side's most compelling argument, which is some version of Oh, come on, which is we all know that Mr Fisher is equity and equity is Mr Fisher. And for whatever reason, I mean, look, we can speculate or debate why Congress enacted 7602. But the one thing that 7602 is clearly designed to do is limit the IRS's ability to issue summons in certain circumstances, right? And that's probably inconvenient for the IRS, and you probably don't like that very much. But but it's clearly a decision to limit your summons and subpoena power. And what sense does it make to say? Well, you can't subpoena equity. You can just subpoena. Sorry. You can't subpoena Mr Fisher because there's a referral in effect with respect to Mr Fisher. But you can subpoena an entity that for again, legally distinct, but factually in in the real world is almost impossible to just like what sense does that possibly make again, given the fact that Congress has made a decision to limit your summons authority in this way? Well, Your Honor, again, I think that going back to that text, no, I understand what the text says. I'm asking you what possible sense this makes. What's the reason Congress might have done this in your view? Well, the reason I mean, Congress was certainly trying to when it was when it designed the exception was certainly trying to balance these policy concerns between it wants to enable the IRS to be able to assess and collect taxes. That's a necessary thing, even as it's exploring criminal aspects. And, and in this case, you know, if there were a criminal investigation, short of a equity that could proceed along the same path as the civil investigation were proceeding, both of those concur at the same time. That's not a problem. And the only exception is this very, very narrow circumstance under 7602 D one. And I think it's fair to say that Congress saw the potential problems of the interaction of civil and criminal functions, but it decided to it decided to make this very narrow exception. Perhaps I don't mean this to be I don't mean it's to be an uncharitable. So am I positing that you don't really have an explanation of why Congress would have done what the text seems to say Congress did here? So you can't subpoena him, because there's a referral in effect with respect to him. And there's presumably reasons why Congress would say that's important that you can't subpoena him. But it's totally cool to subpoena this entity that is basically the same as him. And is your answer is the text is the text, I admit, it gives you a chance to, again, try to convince me that this might make any sense and why Congress might have done that. Well, just to be clear, I don't want to confuse the facts here as between a grand jury subpoena and a summons because he said, Sure, I'm sorry. So I didn't. But I bracketing that for a moment, right? There's things that you could not do with respect to him. Right? Because a referral is in effect. Once you can see there was a referral in effect with respect to him. There are certain things that you cannot do with respect. And presumably, Congress had a with respect to him. But now your argument is they can't do with respect to him. But they can do it with respect to an entity that is in a lot of respects legally indistinguishable from him, or maybe not legally, but practically indistinguishable from him. And the reason Congress might have chosen to draw that line is what? That the person here is a taxpayer who has who, who, the entity here is the person whose taxes are at issue, the IRS does have to assess taxes. And so I think Congress was very particular about making this very narrow exception so that the IRS can continue to do that, even as it looks at this, you know, these transactions from different angles and involving different persons. So can I give a hypothetical? Sorry, no, no. Can I give the hypothetical that I think Judge Hytens is getting at? Um, you might well prosecute Mr. Fisher and and do everything you can to put him in time and not in lieu of doing that, you might also try to collect the taxes that equity owes the government, right civilly. Yes. Right. And so the reason that you might keep these two things separate is because if you decided not to criminally prosecute equity, you might still want to collect the taxes through the civil collection process. And the idea that if if this extended not just to such person, but to search person in anybody that is arguably related to them, then what it would mean is if you prosecuted Mr. Fisher, you then could not civilly collect from equity because you would have no means of getting any information from them because you couldn't use the grand jury because you're not prosecuting them. But then you also couldn't use the summons because this provision would have would bar it. Yes, I think that's Congress did not want that did not want that result. I'm sorry, Judge. No, that's okay. I was sort of saying the same thing or about to say the same thing. Seems to me that the logic behind this is that Congress doesn't want to allow entities to create these multi level management structures that render them totally insulated from any accountability under the civil tax laws. I mean, isn't that the logic behind it? I think that is a fair interpretation. Because otherwise, if you're opposing counsel's correct, then these multi level management structures could insulate any taxpayer from civil accountability, right? Correct. And as we've pointed out in the brief, this also creates extreme difficulties for the IRS if if their to track down every potential responsible person for any potential crime that might be uncovered in a civil investigation, and then determine whether those persons have been referred. Well, you could create keep creating more entities. Once the IRS had expressed an interest in you, right? Couldn't you? Well, yes, you can. I mean, in this case, there are only two members of of equity. Mr. Fisher is not one of them. He's just the manager. But obviously, there are three layers here between him and equity or two more layers. There could be any number of layers. And it's I find it hard to believe the IRS is going to be able to figure out who is a responsible person in a lot of these cases if it were half if it did have to look to 7343. And we don't think that that's what Congress intended. Or, you know, Congress certainly could have written a broader exception, it could have cross pointed out earlier that by the very terms of 7343 applies to Chapter 75. The court has no further questions. Yes. Thank you very much, counsel. You got a few minutes on reply. Yes, your honors. I wanted to address the the hypothetical of of of a partnership acting through multiple layers. And I think the hypothetical is is very is it's easier to understand when we're not talking about a multiple layer partnership, because I think the government's narrow reading of person would apply to any partnership. If we're talking about a dry cleaner who operates as a partnership and manages their government came in and issued a and started investigating the manager of that partnership for actions taken on behalf of that partnership. Say about that you mean criminally invest? Yeah, criminally investigating if they if they believed he was here, she was skimming money or taking taking payments in cash or something like that. And the Department of Justice referral was made for this individual for for the actions they took on behalf of their dry cleaning partnership. Under this narrow reading, the I. R. S. could continue to issue civil summons. It's looking for the evidence of the same conduct, and that would, in fact, then expand the Department of Justice is criminal discovery, which Supreme Court in LaSalle said it did not want to do. But that's the balance we're talking about, because you're reading would say once they start investigating the manager, they cannot try to collect civil taxes from the dry cleaner. I think ever again, like ever. That is not our reading your honor. The first the department, I guess, after the prosecution's over, arguably, then the referral is done. And so maybe they could always drop right. They could do it later. Okay, so not ever. But until the criminal prosecution's over, the dry cleaner gets to keep the government's money. The dry cleaner gets the protections afforded to them by the tax code that says that they don't have to fight two fronts. They do not have to defend themselves criminally and civilly at the same time. That that's the distinction we're asking this court to draw when a when a when a deal J. Referral for a grand jury investigation of Chapter 75 tax crimes is made in effect for a manager of a partnership acting under the duties they have to that partnership. It's the same thing. We're opening up two fronts here, and that that's specifically what the Supreme Court in the South did not want to do and what Congress explained in legislative history that they were accepting that they were not looking to broaden the Department of Justice's criminal discovery tools. And I think of that distinction allows this summons to be quashed. It's that's exactly what is happening here. There's a criminal referral for the same conduct, and the indictment confirms that it asserts that Mr Fisher aided and assisted equity in filing a false tax return for its 2018 tax year. That presupposes a false tax return. In fact, the government's well, isn't proposed jury instructions. But isn't that isn't, you know, the situation that you're talking about the dire situation that the taxpayers put under by the statute, the taxpayer always can argue that the government's government by not not not by not following the statute and opening up two investigations for the same conduct and saying that there's a paper entity and a and a real person that allows them to do that. That you know, that is why the summons should be quashed. It's thank you very much, Council. As you well know, we would normally come down and greet you and thank you for your assistance. We're not yet at a point where we'll do that. But we hope whether here or somewhere else, we get a chance to see you before too long that will close court.
judges: Julius N. Richardson, Toby J. Heytens, Barbara Milano Keenan